# Court of Appeals
# of the State of Georgia

ATLANTA,   October 30, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0016. DAKER v. OWENS et al.**

Waseem Daker has moved for an extension of time to file his applications for discretionary appeal from the trial court's order dismissing Case Nos. 2016-CV-282190, 2017-CV-287003, and 2017-CV-289004.[1] Daker's request for an extension of time is hereby GRANTED. See *Gable v. State*, 290 Ga. 81, 84 (2) (a) (720 SE2d 170) (2011) (extensions of time to file discretionary applications may be granted pursuant to OCGA § 5-6-39 (a) (5)).  Daker shall have thirty (30) days from the date of this order to file his applications for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   10/30/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Daker's motion lists the final case as 2017-CV-289404, rather than 2017-CV-289004.